IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Kenny Velazquez                                  CASE NO.: 1:18-bk-01402
      Debtor                                             CHAPTER 13


**AMENDED CERTIFICATION REGARDING SERVICE OF MOTION FOR
ORDER TO PAY TRUSTEE**

The undersigned, counsel for the above-captioned Debtor, hereby certifies that the Motion for Order to Pay Trustee and the 21 day passive notice was served via first class mail through United States Postal Service on November 21, 2018, on Debtor's employer: Supreme Wallbash National Corporation, Attn: Kevin Helm, 411 Jonestown Road, Jonestown, PA 17038, the Chapter 13 trustee, Charles J. DeHart, III, 8125 Adams Drive, Suite A, Hummelstown, PA 17036-8625, and the Unites States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722.
.

Dated: December 18, 2018                          **/s/Stephen Wade Parker**
                                           Stephen Wade Parker (315606)
                                           MOONEY & ASSOCIATES
                                           2 S. Hanover Street
                                           Carlisle, PA 17013
                                           swp@mooney4law.com
                                           (717) 632-4656 Phone
                                           (717) 632-3612 Fax