```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                          Case No. 18-01402-HWV
Kenny Velazquez                                                 Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: MMchugh    Page 1 of 1    Date Rcvd: Jan 09, 2019
                      Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2019.
        +Camile Rivera-Torres,   30 W Queen Street,   Annville, PA 17003-1829

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2019 at the address(es) listed below:
      Ann E. Swartz   on behalf of Creditor    Finance of America, LLC ecfmail@mwc-law.com,
       ecfmail@ecf.courtdrive.com
      Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
      James  Warmbrodt   on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
      Raymond M Kempinski    on behalf of Creditor    Finance of America, LLC ecfmail@mwc-law.com,
       ecfmail@ecf.courtdrive.com
      Stephen Wade Parker   on behalf of Debtor 1 Kenny  Velazquez Mooneybkecf@gmail.com,
       r61895@notify.bestcase.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
      William E. Craig   on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
       Financial ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| IN RE:<br>KENNY VELAZQUEZ<br>**Debtor(s)**<br><br>AMERICREDIT FINANCIAL SERVICES,<br>INC. dba GM FINANCIAL<br><br>**Movant**<br>v.<br><br>KENNY VELAZQUEZ<br>CAMILE RIVERA-TORRES<br>**Respondents**<br><br>CHARLES J. DEHART, III<br>**Trustee** | Case No.: 1:18-01402 (HWV)<br><br>Chapter 13 |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between AmeriCredit Financial Services, Inc. dba GM Financial and the Debtor in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about January 8, 2019, in the above matter is APPROVED, and hereby made an Order of this Court.

Dated: January 9, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (LS)