IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| KENNY VELAZQUEZ, ) | |
| Debtor ) | CASE NO. 1:18-bk-01402-HWV |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ ) | |
| CAPITAL ONE AUTO FINANCE, ) | |
| A DIVISION OF CAPITAL ONE, N.A., ) | **Nature of Proceeding:** |
| Movant ) | Motion for Relief from |
| vs. ) | Automatic Stay |
| ) | |
| KENNY VELAZQUEZ, Debtor, and ) | |
| CAMILE RIVERA TORRES, Codebtor ) | |
| Respondents ) | |
| and ) | |
| CHARLES J. DEHART, III ) | |
| Trustee ) | |

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST**

CHECK ONE:

___  The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

_X_  The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

   _X_ Thirty (30) days.
   ___ Forty-five (45) days.
   ___ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: February 21, 2020

/s/ Jason Brett Schwartz
Jason Brett Schwartz, Esquire
Attorney for Capital One Auto Finance,
a division of Capital One, N.A.