```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 18-01402-HWV
Kenny Velazquez                                                 Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 1     Date Rcvd: Feb 25, 2020
                     Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2020.
         +Camile Rivera Torres,    30 W Queen St,    Annville, PA 17003-1829

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2020                                        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2020 at the address(es) listed below:
         Ann E. Swartz    on behalf of Creditor    Finance of America, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
         James Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
         Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance, a division of Capital One, N.A. JSchwartz@mesterschwartz.com
         Raymond M Kempinski    on behalf of Creditor    Finance of America, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
         Stephen Wade Parker    on behalf of Debtor 1 Kenny Velazquez Mooneybkecf@gmail.com, R61895@notify.bestcase.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
         William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
                                                                                                           TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>KENNY VELAZQUEZ,<br><br>Debtor<br><br>CAPITAL ONE AUTO FINANCE,<br>A DIVISION OF CAPITAL ONE, N.A.,<br>Movant<br>vs.<br><br>KENNY VELAZQUEZ, Debtor and<br>CAMILE RIVERA TORRES, Codebtor<br>Respondents<br>and<br>CHARLES J. DEHART, III<br>Trustee | CHAPTER 13<br><br>CASE NO. 1:18-bk-01402-HWV<br><br>**LOCATION:**<br>U.S. Bankruptcy Court<br>Middle District of Pennsylvania<br>Ronald Reagan Federal Building<br>228 Walnut Street<br>Harrisburg, PA 17101 |

## ORDER

IT IS HEREBY ORDERED that the Stipulation filed on February 24, 2020, regarding the above referenced matter is approved.

Dated: February 25, 2020

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (LS)