**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE:  KENNY VELAZQUEZ**              **CHAPTER 13**
                      **DEBTOR**              **CASE NO.: 1:18-bk-01402**

**NOTICE OF ENTRY OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

Kindly enter my appearance on behalf of Debtor Kenny Velazquez for the above referenced case.

**By: /s/ Nicholas G. Platt**
Nicholas G. Platt 327239
MOONEY LAW
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
(717) 632-4656 Phone
(717) 632-3612 Fax

Dated: February 8, 2021