United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-01402-HWV |
| Kenny Velazquez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Mar 07, 2023      Form ID: pdf010      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2023:**

**Recip ID      Recipient Name and Address**
+    Camile Rivera Torres, 30 W Queen St, Annville, PA 17003-1829

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| Janet M. Spears | on behalf of Creditor MIDFIRST BANK bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |
| Marisa Myers Cohen | on behalf of Creditor Finance of America LLC ecfmail@mwc-law.com |
| Nicholas G. Platt | on behalf of Debtor 1 Kenny Velazquez ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Raymond M Kempinski | on behalf of Creditor Finance of America LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |

| | |
|---|---|
| Regina Cohen | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. rcohen@lavin-law.com, mmalone@lavin-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Kenny Velazquez<br><br>**Debtor.**<br><br>Capital One Auto Finance, a division of Capital One, N.A.<br><br>      Movant<br><br>  Vs.<br><br>Kenny Velazquez and Camile Rivera Torres, Co-Debtor<br><br>      Respondent(s)<br><br>Jack N Zaharopoulos<br><br>      (Trustee) | Case No. 1:18-BK-01402-HWV<br><br>Chapter: 13 |

## ORDER

 Upon consideration of the Certification of Default, Doc. 75, it is hereby

 Ordered, Adjudged and Decreed that the Motion is granted. The automatic stay and Co-Debt or stay are lifted with respect to the Movant.

 Movant shall be and is hereby permitted to proceed and continue with an action in vehicle possession (2017 MITSUBISHI Mirage G4 Sedan 4D ES I3, V.I.N. ML32F3FJ5HHF18391) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

 It is further Ordered that this grant of relief from stay, and Co-Debtor stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

Case 1:18-bk-01402-HWV    Doc 77    Filed 03/09/23    Entered 03/10/23 00:22:23    Desc
Imaged Certificate of Notice    Page 3 of 4

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

By the Court,

*Henry W. Van Eck*
_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 7, 2023