United States Bankruptcy Court

Middle District of Pennsylvania

In re: Case No. 18-01402-HWV

Kenny Velazquez  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3
Date Rcvd: Jun 20, 2025      Form ID: 3180W      Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenny Velazquez, 30 W Queen Street, Annville, PA 17003-1829 |
| 5044914 | + | Jonestown Bank And Tru, Po Box 717, Jonestown, PA 17038-0717 |
| 5074555 | + | Penn State Health-Physicians, PO Box 854, Hershey PA 17033-0854 |
| 5044919 | + | PinnacleHealth, P.O. Box 826813, Philadelphia, PA 19182-6813 |
| 5044936 | + | UGI, PO Box 15503, Wilmington, DE 19850-5503 |
| 5044937 | | Wellspan Health, PO Box 742688, Cincinnati, OH 45274-2688 |
| 5052127 | + | York Hospital, 1001 S George St, York PA 17403-3645 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | Jun 20 2025 23:29:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | EDI: PHINAMERI.COM | Jun 20 2025 23:29:00 | Americredit Financial Services, Inc.Dba GM Financi, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | EDI: AISACG.COM | Jun 20 2025 23:29:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5051987 | | EDI: PHINAMERI.COM | Jun 20 2025 23:29:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington,TX 76096 |
| 5044911 | + | EDI: PHINAMERI.COM | Jun 20 2025 23:29:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 5044912 | + | EDI: CAPITALONE.COM | Jun 20 2025 23:29:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5044913 | + | EDI: CAPONEAUTO.COM | Jun 20 2025 23:29:00 | Capital One Auto Finance, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5055831 | + | EDI: AISACG.COM | Jun 20 2025 23:29:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5046812 | + | EDI: AISACG.COM | Jun 20 2025 23:29:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5069251 | | EDI: DIRECTV.COM | Jun 20 2025 23:29:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 5065113 | | Email/Text: BNCnotices@dcmservices.com | Jun 20 2025 19:28:00 | Emergency Care Service of PA, P.C., PO Box 1123, Minneapolis, MN 55440-1123 |
| 5073722 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 20 2025 19:28:00 | Finance of America, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5044915 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 20 2025 19:28:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5114561 | + | EDI: AISMIDFIRST | Jun 20 2025 23:29:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 5114560 | + | EDI: AISMIDFIRST | Jun 20 2025 23:29:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 5069511 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 20 2025 19:29:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5044916 | + | Email/Text: Bankruptcies@nragroup.com | Jun 20 2025 19:29:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5044918 | | Email/Text: bankruptcies@penncredit.com | Jun 20 2025 19:28:00 | Penn Credit, Attn:Bankruptcy, Po Box 988, Harrisburg, PA 17108 |
| 5044935 | + | Email/Text: Supportservices@receivablesperformance.com | Jun 20 2025 19:29:00 | Receivables Performance Mgmt, Attn: Bankruptcy, Po Box 1548, Lynnwood, WA 98046-1548 |
| 5057053 | | Email/Text: bkrcy@ugi.com | Jun 20 2025 19:29:00 | UGI Utilities Inc, PO Box 13009, Reading PA 19605 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| 5047467 | | LoanCare, a Division of FNF Servicing, Inc. N.K.A. |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5060835 | *P++ | AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 5044917 | *+ | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5044920 | *+ | PinnacleHealth, P.O. Box 826813, Philadelphia, PA 19182-6813 |
| 5044921 | *+ | PinnacleHealth, P.O. Box 826813, Philadelphia, PA 19182-6813 |
| 5044922 | *+ | PinnacleHealth, P.O. Box 826813, Philadelphia, PA 19182-6813 |
| 5044923 | *+ | PinnacleHealth, P.O. Box 826813, Philadelphia, PA 19182-6813 |
| 5044924 | *+ | PinnacleHealth, P.O. Box 826813, Philadelphia, PA 19182-6813 |
| 5044925 | *+ | PinnacleHealth, P.O. Box 826813, Philadelphia, PA 19182-6813 |
| 5044926 | *+ | PinnacleHealth, P.O. Box 826813, Philadelphia, PA 19182-6813 |
| 5044927 | *+ | PinnacleHealth, P.O. Box 826813, Philadelphia, PA 19182-6813 |
| 5044928 | *+ | PinnacleHealth, P.O. Box 826813, Philadelphia, PA 19182-6813 |
| 5044929 | *+ | PinnacleHealth, P.O. Box 826813, Philadelphia, PA 19182-6813 |
| 5044930 | *+ | PinnacleHealth, P.O. Box 826813, Philadelphia, PA 19182-6813 |
| 5044931 | *+ | PinnacleHealth, P.O. Box 826813, Philadelphia, PA 19182-6813 |
| 5044932 | *+ | PinnacleHealth, P.O. Box 826813, Philadelphia, PA 19182-6813 |
| 5044933 | *+ | PinnacleHealth, P.O. Box 826813, Philadelphia, PA 19182-6813 |
| 5044934 | *+ | PinnacleHealth, P.O. Box 826813, Philadelphia, PA 19182-6813 |

TOTAL: 2 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2025        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| Janet M. Spears | on behalf of Creditor MIDFIRST BANK bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |
| Marisa Myers Cohen | on behalf of Creditor Finance of America LLC ecfmail@mwc-law.com |
| Nicholas G. Platt | on behalf of Debtor 1 Kenny Velazquez ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Raymond M Kempinski | on behalf of Creditor Finance of America LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Regina Cohen | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. rcohen@lavin-law.com, mmalone@lavin-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com |

TOTAL: 9

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Kenny Velazquez<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4553<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __-_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18-bk-01402-HWV | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kenny Velazquez

6/20/25

**By the court:** *Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**