# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Kenny Velazquez

Case No.: 1-18-01402 HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1:  MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Midfirst |
| Court Claim Number: | 08 |
| Last Four of Loan Number: | 6000 |
| Property Address if applicable: | 30 W Queen St |

### PART 2:  CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $7,402.20 |
| b. | Prepetition arrearages paid by the trustee: | $7,402.20 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $5,010.67 |
| f. | Postpetition arrearage paid by the trustee: | $5,010.67 |
| g. | Total b, d, and f: | $12,412.87 |

### PART 3:  POSTPETITION MORTGAGE PAYMENT

| | |
|---|---|
| Mortgage was paid through the Trustee from Dec 2018 through April 2025 | |
| Current monthly mortgage payment: | $810.30 |
| The next post-petition payment was due on: | May 2025 |

### PART 4:  A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs

and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Date: June 24, 2025                                             Respectfully submitted,

                                                                                  /s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Kenny Velazquez

Case No.: 1-18-01402 HWV

Chapter 13

**Debtor(s)**

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on June 24, 2025, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Nicholas G. Platt, Esquire
Mooney Law
230 York St
Hanover PA 17331

**Served by First Class Mail**
Midfirst Bank
999 NW Grand Blvd Suite 100
Oklahoma City OK 73118

Kenny Velazquez
30 W Queen St
Annville PA 17003

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 24, 2025

/s/  Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

**Case:** 18-01402    **KENNY VELAZQUEZ**

**MIDLAND MORTGAGE CO**
999 N.W. GRAND BLVD
SUITE 110
OKLAHOMA CITY, OK   73

**Sequence:** 07
**Modify:**
**Filed Date:**
**Hold Code:**

Acct No: 6000

| | | | | | Debt: | $55,284.69 | Interest Paid: | $0.00 |
| Amt Sched: | | $0.00 | | | | | Accrued Int: | $0.00 |
| Amt Due: | $773.09 | | | | Paid: | $55,284.69 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5010** | **MIDLAND MORTGAGE CO** | | | | | | | |
| 501-0 | MIDLAND MORTGAGE CO | | 04/14/2025 | 2046783 | $773.09 | $0.00 | $773.09 | 04/21/2025 |
| | Payment for 4/2025 | | | | | | | |
| 501-0 | MIDLAND MORTGAGE CO | | 03/18/2025 | 2045891 | $773.09 | $0.00 | $773.09 | 03/27/2025 |
| | Payment for 3/2025 | | | | | | | |
| 501-0 | MIDLAND MORTGAGE CO | | 02/19/2025 | 2044948 | $773.09 | $0.00 | $773.09 | 02/27/2025 |
| | Payment for 2/2025 | | | | | | | |
| 501-0 | MIDLAND MORTGAGE CO | | 01/15/2025 | 2043999 | $773.09 | $0.00 | $773.09 | 02/04/2025 |
| | Payment for 1/2025 | | | | | | | |
| 501-0 | MIDLAND MORTGAGE CO | | 12/17/2024 | 2043043 | $773.09 | $0.00 | $773.09 | 12/26/2024 |
| | Payment for 12/2024 | | | | | | | |
| 501-0 | MIDLAND MORTGAGE CO | | 11/19/2024 | 2042119 | $773.09 | $0.00 | $773.09 | 11/29/2024 |
| | Payment for 11/2024 | | | | | | | |
| 501-0 | MIDLAND MORTGAGE CO | | 10/23/2024 | 2041131 | $773.09 | $0.00 | $773.09 | 10/30/2024 |
| | Payment for 10/2024 | | | | | | | |
| 501-0 | MIDLAND MORTGAGE CO | | 09/17/2024 | 2040136 | $773.09 | $0.00 | $773.09 | 09/25/2024 |
| | Payment for 9/2024 | | | | | | | |
| 501-0 | MIDLAND MORTGAGE CO | | 08/07/2024 | 2039130 | $773.09 | $0.00 | $773.09 | 08/14/2024 |
| | Payment for 8/2024 | | | | | | | |
| 501-0 | MIDLAND MORTGAGE CO | | 07/10/2024 | 2038263 | $773.09 | $0.00 | $773.09 | 07/19/2024 |
| | Payment for 7/2024 | | | | | | | |
| 501-0 | MIDLAND MORTGAGE CO | | 06/18/2024 | 2037443 | $705.41 | $0.00 | $705.41 | 06/27/2024 |
| | Payment for 6/2024 | | | | | | | |
| 501-0 | MIDLAND MORTGAGE CO | | 05/22/2024 | 2036523 | $705.41 | $0.00 | $705.41 | 05/31/2024 |
| | Payment for 5/2024 | | | | | | | |
| 501-0 | MIDLAND MORTGAGE CO | | 04/17/2024 | 2035520 | $705.41 | $0.00 | $705.41 | 04/24/2024 |
| | Payment for 4/2024 | | | | | | | |
| 501-0 | MIDLAND MORTGAGE CO | | 03/14/2024 | 2034554 | $705.41 | $0.00 | $705.41 | 03/29/2024 |
| | Payment for 3/2024 | | | | | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| 501-0 | MIDLAND MORTGAGE CO | | 02/14/2024 | 2033592 | $705.41 | $0.00 | $705.41 | 02/22/2024 |
| | | | | | | | Payment for 2/2024 | |
| 501-0 | MIDLAND MORTGAGE CO | | 01/12/2024 | 2032674 | $705.41 | $0.00 | $705.41 | 01/19/2024 |
| | | | | | | | Payment for 1/2024 | |
| 501-0 | MIDLAND MORTGAGE CO | | 12/19/2023 | 2031772 | $705.41 | $0.00 | $705.41 | 12/27/2023 |
| | | | | | | | Payment for 12/2023 | |
| 501-0 | MIDLAND MORTGAGE CO | | 11/15/2023 | 2030817 | $705.41 | $0.00 | $705.41 | 11/22/2023 |
| | | | | | | | Payment for 11/2023 | |
| 501-0 | MIDLAND MORTGAGE CO | | 10/18/2023 | 2029865 | $705.41 | $0.00 | $705.41 | 11/06/2023 |
| | | | | | | | Payment for 10/2023 | |
| 501-0 | MIDLAND MORTGAGE CO | | 09/19/2023 | 2028876 | $705.41 | $0.00 | $705.41 | 10/10/2023 |
| | | | | | | | Payment for 9/2023 | |
| 501-0 | MIDLAND MORTGAGE CO | | 08/09/2023 | 2027858 | $705.41 | $0.00 | $705.41 | 08/31/2023 |
| | | | | | | | Payment for 8/2023 | |
| 501-0 | MIDLAND MORTGAGE CO | | 07/11/2023 | 2026883 | $705.41 | $0.00 | $705.41 | 07/26/2023 |
| | | | | | | | Payment for 7/2023 | |
| 501-0 | MIDLAND MORTGAGE CO | | 06/13/2023 | 2025966 | $689.59 | $0.00 | $689.59 | 07/26/2023 |
| | | | | | | | Payment for 6/2023 | |
| 501-0 | MIDLAND MORTGAGE CO | | 05/16/2023 | 2025017 | $689.59 | $0.00 | $689.59 | 06/21/2023 |
| | | | | | | | Payment for 5/2023 | |
| 501-0 | MIDLAND MORTGAGE CO | | 04/18/2023 | 2023999 | $689.59 | $0.00 | $689.59 | 05/02/2023 |
| | | | | | | | Payment for 4/2023 | |
| 501-0 | MIDLAND MORTGAGE CO | | 03/15/2023 | 2022980 | $689.59 | $0.00 | $689.59 | 04/06/2023 |
| | | | | | | | Payment for 3/2023 | |
| 501-0 | MIDLAND MORTGAGE CO | | 02/15/2023 | 2021972 | $689.59 | $0.00 | $689.59 | 03/15/2023 |
| | | | | | | | Payment for 2/2023 | |
| 501-0 | MIDLAND MORTGAGE CO | | 01/18/2023 | 2020966 | $689.59 | $0.00 | $689.59 | 03/13/2023 |
| | | | | | | | Payment for 1/2023 | |
| 501-0 | MIDLAND MORTGAGE CO | | 12/13/2022 | 2019971 | $689.59 | $0.00 | $689.59 | 12/22/2022 |
| | | | | | | | Payment for 12/2022 | |
| 501-0 | MIDLAND MORTGAGE CO | | 11/16/2022 | 2019018 | $689.59 | $0.00 | $689.59 | 12/08/2022 |
| | | | | | | | Payment for 11/2022 | |
| 501-0 | MIDLAND MORTGAGE CO | | 10/18/2022 | 2017972 | $689.59 | $0.00 | $689.59 | 10/27/2022 |
| | | | | | | | Payment for 10/2022 | |
| 501-0 | MIDLAND MORTGAGE CO | | 10/18/2022 | 2017972 | $689.59 | $0.00 | $689.59 | 10/27/2022 |
| | | | | | | | Payment for 9/2022 | |
| 501-0 | MIDLAND MORTGAGE CO | | 09/13/2022 | 2016924 | $689.59 | $0.00 | $689.59 | 09/22/2022 |
| | | | | | | | Payment for 8/2022 | |
| 501-0 | MIDLAND MORTGAGE CO | | 07/13/2022 | 2014835 | $689.59 | $0.00 | $689.59 | 07/25/2022 |
| | | | | | | | Payment for 7/2022 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 501-0 | MIDLAND MORTGAGE CO | | 06/14/2022 | 2013874 | $706.65 | $0.00 | $706.65 | 06/27/2022 |
| | | | | | | | DisbDescrp | Payment for 6/2022 |
| 501-0 | MIDLAND MORTGAGE CO | | 05/17/2022 | 2012832 | $706.65 | $0.00 | $706.65 | 05/26/2022 |
| | | | | | | | | Payment for 5/2022 |
| 501-0 | MIDLAND MORTGAGE CO | | 04/12/2022 | 2011760 | $706.65 | $0.00 | $706.65 | 04/25/2022 |
| | | | | | | | | Payment for 4/2022 |
| 501-0 | MIDLAND MORTGAGE CO | | 03/16/2022 | 2010742 | $706.65 | $0.00 | $706.65 | 03/24/2022 |
| | | | | | | | | Payment for 3/2022 |
| 501-0 | MIDLAND MORTGAGE CO | | 02/16/2022 | 2009764 | $706.65 | $0.00 | $706.65 | 03/02/2022 |
| | | | | | | | | Payment for 2/2022 |
| 501-0 | MIDLAND MORTGAGE CO | | 01/19/2022 | 2008778 | $706.65 | $0.00 | $706.65 | 02/01/2022 |
| | | | | | | | | Payment for 1/2022 |
| 501-0 | MIDLAND MORTGAGE CO | | 12/15/2021 | 2007774 | $706.65 | $0.00 | $706.65 | 12/23/2021 |
| | | | | | | | | Payment for 12/2021 |
| 501-0 | MIDLAND MORTGAGE CO | | 11/16/2021 | 2006749 | $706.65 | $0.00 | $706.65 | 11/23/2021 |
| | | | | | | | | Payment for 11/2021 |
| 501-0 | MIDLAND MORTGAGE CO | | 10/14/2021 | 2005716 | $706.65 | $0.00 | $706.65 | 10/20/2021 |
| | | | | | | | | Payment for 10/2021 |
| 501-0 | MIDLAND MORTGAGE CO | | 10/14/2021 | 2005716 | $706.65 | $0.00 | $706.65 | 10/20/2021 |
| | | | | | | | | Payment for 9/2021 |
| 501-0 | MIDLAND MORTGAGE CO | | 08/18/2021 | 2003663 | $706.65 | $0.00 | $706.65 | 09/01/2021 |
| | | | | | | | | Payment for 8/2021 |
| 501-0 | MIDLAND MORTGAGE CO | | 07/14/2021 | 2002599 | $706.65 | $0.00 | $706.65 | 07/30/2021 |
| | | | | | | | | Payment for 7/2021 |
| 501-0 | MIDLAND MORTGAGE CO | | 06/16/2021 | 2001622 | $727.80 | $0.00 | $727.80 | 06/23/2021 |
| | | | | | | | | Payment for 5/2021 |
| 501-0 | MIDLAND MORTGAGE CO | | 06/16/2021 | 2001622 | $727.80 | $0.00 | $727.80 | 06/23/2021 |
| | | | | | | | | Payment for 6/2021 |
| 501-0 | MIDLAND MORTGAGE CO | | 04/15/2021 | 1229233 | $727.80 | $0.00 | $727.80 | 04/22/2021 |
| | | | | | | | | Payment for 4/2021 |
| 501-0 | MIDLAND MORTGAGE CO | | 03/17/2021 | 1228211 | $727.80 | $0.00 | $727.80 | 03/25/2021 |
| | | | | | | | | Payment for 3/2021 |
| 501-0 | MIDLAND MORTGAGE CO | | 02/17/2021 | 1227203 | $727.80 | $0.00 | $727.80 | 02/25/2021 |
| | | | | | | | | Payment for 2/2021 |
| 501-0 | MIDLAND MORTGAGE CO | | 01/19/2021 | 1226177 | $727.80 | $0.00 | $727.80 | 02/05/2021 |
| | | | | | | | | Payment for 1/2021 |
| 501-0 | MIDLAND MORTGAGE CO | | 12/10/2020 | 1224390 | $727.80 | $0.00 | $727.80 | 12/31/2020 |
| | | | | | | | | Payment for 12/2020 |
| 501-0 | MIDLAND MORTGAGE CO | | 12/10/2020 | 1224390 | $727.80 | $0.00 | $727.80 | 12/31/2020 |
| | | | | | | | | Payment for 11/2020 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 501-0 | MIDLAND MORTGAGE CO | | 10/15/2020 | 1222624 | $727.80 | $0.00 | $727.80 | 10/27/2020 |
| | | | | | | DisbDescrp Payment for 10/2020 | | | |
| 501-0 | MIDLAND MORTGAGE CO | | 09/17/2020 | 1221620 | $727.80 | $0.00 | $727.80 | 09/29/2020 |
| | | | | | | Payment for 8/2020 | | | |
| 501-0 | MIDLAND MORTGAGE CO | | 09/17/2020 | 1221620 | $727.80 | $0.00 | $727.80 | 09/29/2020 |
| | | | | | | Payment for 9/2020 | | | |
| 501-0 | MIDLAND MORTGAGE CO | | 07/07/2020 | 1219524 | $715.81 | $0.00 | $715.81 | 07/24/2020 |
| | | | | | | Payment for 6/2020 | | | |
| 501-0 | MIDLAND MORTGAGE CO | | 07/07/2020 | 1219524 | $727.80 | $0.00 | $727.80 | 07/24/2020 |
| | | | | | | Payment for 7/2020 | | | |
| 501-0 | MIDLAND MORTGAGE CO | | 05/06/2020 | 1217530 | $715.81 | $0.00 | $715.81 | 05/21/2020 |
| | | | | | | Payment for 5/2020 | | | |
| 501-0 | MIDLAND MORTGAGE CO | | 04/14/2020 | 1216484 | $715.81 | $0.00 | $715.81 | 04/30/2020 |
| | | | | | | Payment for 4/2020 | | | |
| 501-0 | MIDLAND MORTGAGE CO | | 03/12/2020 | 1215197 | $715.81 | $0.00 | $715.81 | 03/27/2020 |
| | | | | | | Payment for 3/2020 | | | |
| 501-0 | MIDLAND MORTGAGE CO | | 02/13/2020 | 1213886 | $715.81 | $0.00 | $715.81 | 02/27/2020 |
| | | | | | | Payment for 2/2020 | | | |
| 501-0 | MIDLAND MORTGAGE CO | | 01/16/2020 | 1212537 | $715.81 | $0.00 | $715.81 | 01/29/2020 |
| | | | | | | Payment for 1/2020 | | | |
| 501-0 | MIDLAND MORTGAGE CO | | 12/12/2019 | 1211167 | $715.81 | $0.00 | $715.81 | 12/19/2019 |
| | | | | | | Payment for 12/2019 | | | |
| 501-0 | MIDLAND MORTGAGE CO | | 11/07/2019 | 1209821 | $715.81 | $0.00 | $715.81 | 11/15/2019 |
| | | | | | | Payment for 11/2019 | | | |
| 501-0 | MIDLAND MORTGAGE CO | | 10/10/2019 | 1208695 | $715.81 | $0.00 | $715.81 | 10/22/2019 |
| | | | | | | Payment for 10/2019 | | | |
| 501-0 | MIDLAND MORTGAGE CO | | 09/26/2019 | 1207514 | $715.81 | $0.00 | $715.81 | 10/11/2019 |
| | | | | | | Payment for 9/2019 | | | |
| 501-0 | MIDLAND MORTGAGE CO | | 08/07/2019 | 1206047 | $715.81 | $0.00 | $715.81 | 08/27/2019 |
| | | | | | | Payment for 8/2019 | | | |
| 501-0 | MIDLAND MORTGAGE CO | | 07/11/2019 | 1204687 | $715.81 | $0.00 | $715.81 | 07/22/2019 |
| | | | | | | Payment for 6/2019 | | | |
| 501-0 | MIDLAND MORTGAGE CO | | 07/11/2019 | 1204687 | $715.81 | $0.00 | $715.81 | 07/22/2019 |
| | | | | | | Payment for 7/2019 | | | |
| 501-0 | MIDLAND MORTGAGE CO | | 06/06/2019 | 1203291 | $715.81 | $0.00 | $715.81 | 06/21/2019 |
| | | | | | | Payment for 5/2019 | | | |
| 501-0 | MIDLAND MORTGAGE CO | | 05/09/2019 | 1201988 | $715.81 | $0.00 | $715.81 | 05/20/2019 |
| | | | | | | Payment for 4/2019 | | | |
| 501-0 | MIDLAND MORTGAGE CO | | 04/11/2019 | 1200639 | $715.81 | $0.00 | $715.81 | 04/25/2019 |
| | | | | | | Payment for 2/2019 | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 501-0 | MIDLAND MORTGAGE CO | | 04/11/2019 | 1200639 | $715.81 | $0.00 | $715.81 | 04/25/2019 |
| | | | | | Payment for 3/2019 | | | |
| 501-0 | MIDLAND MORTGAGE CO | | 02/07/2019 | 1198042 | $715.81 | $0.00 | $715.81 | 02/28/2019 |
| | | | | | Payment for 1/2019 | | | |
| 501-0 | MIDLAND MORTGAGE CO | | 01/10/2019 | 1196898 | $715.81 | $0.00 | $715.81 | 01/24/2019 |
| | | | | | Payment for 12/2018 | | | |

Sub-totals: $55,284.69   $0.00   $55,284.69

Grand Total: $55,284.69   $0.00

# Disbursements for Claim

**Case:** 18-01402    **KENNY VELAZQUEZ**

**MIDFIRST BANK**
BANKRUPTCY DEPARTMENT
999 NW GRAND BOULEVARD,
OKLAHOMA CITY, OK   73'

Sequence: 24
Modify:
Filed Date:
Hold Code:

Acct No: 30 W Queen - POST-ARREARS

POST ARREARS  - 30 WEST QUEEN STREET  3RD AP

|  |  |  |
|---|---|---|
| Amt Sched: $80,629.00 | Debt: $5,010.67 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $5,010.67 | Accrued Int: $0.00 |
|  |  | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | DisbDescrp |  |  |
| **5210** | **MIDFIRST BANK** | | | | | | | |
| 521-0 | MIDFIRST BANK | | 12/19/2023 | 2031770 | $9.97 | $0.00 | $9.97 | 12/27/2023 |
| 521-0 | MIDFIRST BANK | | 11/15/2023 | 2030815 | $93.45 | $0.00 | $93.45 | 11/22/2023 |
| 521-0 | MIDFIRST BANK | | 10/18/2023 | 2029863 | $98.85 | $0.00 | $98.85 | 11/06/2023 |
| 521-0 | MIDFIRST BANK | | 09/19/2023 | 2028874 | $213.08 | $0.00 | $213.08 | 10/10/2023 |
| 521-0 | MIDFIRST BANK | | 08/09/2023 | 2027856 | $104.25 | $0.00 | $104.25 | 08/31/2023 |
| 521-0 | MIDFIRST BANK | | 07/11/2023 | 2026881 | $104.25 | $0.00 | $104.25 | 07/26/2023 |
| 521-0 | MIDFIRST BANK | | 06/13/2023 | 2025964 | $98.24 | $0.00 | $98.24 | 07/20/2023 |
| 521-0 | MIDFIRST BANK | | 05/16/2023 | 2025015 | $98.25 | $0.00 | $98.25 | 06/12/2023 |
| 521-0 | MIDFIRST BANK | | 04/18/2023 | 2023997 | $98.24 | $0.00 | $98.24 | 05/02/2023 |
| 521-0 | MIDFIRST BANK | | 03/15/2023 | 2022979 | $202.81 | $0.00 | $202.81 | 04/06/2023 |
| 521-0 | MIDFIRST BANK | | 02/15/2023 | 2021970 | $98.24 | $0.00 | $98.24 | 03/16/2023 |
| 521-0 | MIDFIRST BANK | | 01/18/2023 | 2020964 | $98.25 | $0.00 | $98.25 | 03/13/2023 |
| 521-0 | MIDFIRST BANK | | 12/13/2022 | 2019970 | $98.25 | $0.00 | $98.25 | 12/22/2022 |
| 521-0 | MIDFIRST BANK | | 11/16/2022 | 2019016 | $98.24 | $0.00 | $98.24 | 12/08/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 521-0 | MIDFIRST BANK | | 10/18/2022 | 2017970 | $108.54 | $0.00 | $108.54 | 10/27/2022 |
| 521-0 | MIDFIRST BANK | | 07/13/2022 | 2014833 | $96.45 | $0.00 | $96.45 | 07/25/2022 |
| 521-0 | MIDFIRST BANK | | 06/14/2022 | 2013872 | $93.72 | $0.00 | $93.72 | 06/27/2022 |
| 521-0 | MIDFIRST BANK | | 05/17/2022 | 2012830 | $197.38 | $0.00 | $197.38 | 05/26/2022 |
| 521-0 | MIDFIRST BANK | | 04/12/2022 | 2011758 | $93.72 | $0.00 | $93.72 | 04/25/2022 |
| 521-0 | MIDFIRST BANK | | 03/16/2022 | 2010741 | $93.71 | $0.00 | $93.71 | 03/24/2022 |
| 521-0 | MIDFIRST BANK | | 02/16/2022 | 2009763 | $93.72 | $0.00 | $93.72 | 03/02/2022 |
| 521-0 | MIDFIRST BANK | | 01/19/2022 | 2008777 | $51.29 | $0.00 | $51.29 | 02/01/2022 |
| 521-0 | MIDFIRST BANK | | 12/15/2021 | 2007773 | $93.71 | $0.00 | $93.71 | 12/23/2021 |
| 521-0 | MIDFIRST BANK | | 11/16/2021 | 2006748 | $93.72 | $0.00 | $93.72 | 11/24/2021 |
| 521-0 | MIDFIRST BANK | | 10/14/2021 | 2005715 | $91.51 | $0.00 | $91.51 | 10/20/2021 |
| 521-0 | MIDFIRST BANK | | 08/18/2021 | 2003662 | $182.37 | $0.00 | $182.37 | 09/01/2021 |
| 521-0 | MIDFIRST BANK | | 07/14/2021 | 2002598 | $539.71 | $0.00 | $539.71 | 07/30/2021 |
| 521-0 | MIDFIRST BANK | | 06/16/2021 | 2001621 | $303.10 | $0.00 | $303.10 | 06/23/2021 |
| 521-0 | MIDFIRST BANK | | 04/15/2021 | 1229232 | $556.92 | $0.00 | $556.92 | 04/22/2021 |
| 521-0 | MIDFIRST BANK | | 03/17/2021 | 1228210 | $806.73 | $0.00 | $806.73 | 03/25/2021 |

**Sub-totals:** $5,010.67    $0.00    $5,010.67

**Grand Total:** $5,010.67    $0.00

# Disbursements for Claim

**Case:** 18-01402    **KENNY VELAZQUEZ**

**MIDFIRST BANK**
BANKRUPTCY DEPARTMENT
999 NW GRAND BOULEVARD,
OKLAHOMA CITY, OK   73`

Sequence: 24
Modify:
Filed Date:
Hold Code:

Acct No: 30 W Queen - PRE-ARREARS -

ARREARS  - 30 WEST QUEEN STREET

| | | Debt: | $7,402.20 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|
| Amt Sched: | $80,629.00 | | | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $7,402.20 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5200** | **MIDFIRST BANK** | | | | | | | |
| 520-0 | MIDFIRST BANK | | 12/19/2023 | 2031770 | $14.72 | $0.00 | $14.72 | 12/27/2023 |
| 520-0 | MIDFIRST BANK | | 11/15/2023 | 2030815 | $138.06 | $0.00 | $138.06 | 11/22/2023 |
| 520-0 | MIDFIRST BANK | | 10/18/2023 | 2029863 | $146.03 | $0.00 | $146.03 | 11/06/2023 |
| 520-0 | MIDFIRST BANK | | 09/19/2023 | 2028874 | $314.78 | $0.00 | $314.78 | 10/10/2023 |
| 520-0 | MIDFIRST BANK | | 08/09/2023 | 2027856 | $154.00 | $0.00 | $154.00 | 08/31/2023 |
| 520-0 | MIDFIRST BANK | | 07/11/2023 | 2026881 | $154.00 | $0.00 | $154.00 | 07/26/2023 |
| 520-0 | MIDFIRST BANK | | 06/13/2023 | 2025964 | $145.14 | $0.00 | $145.14 | 07/20/2023 |
| 520-0 | MIDFIRST BANK | | 05/16/2023 | 2025015 | $145.14 | $0.00 | $145.14 | 06/12/2023 |
| 520-0 | MIDFIRST BANK | | 04/18/2023 | 2023997 | $145.13 | $0.00 | $145.13 | 05/02/2023 |
| 520-0 | MIDFIRST BANK | | 03/15/2023 | 2022979 | $299.61 | $0.00 | $299.61 | 04/06/2023 |
| 520-0 | MIDFIRST BANK | | 02/15/2023 | 2021970 | $145.14 | $0.00 | $145.14 | 03/16/2023 |
| 520-0 | MIDFIRST BANK | | 01/18/2023 | 2020964 | $145.13 | $0.00 | $145.13 | 03/13/2023 |
| 520-0 | MIDFIRST BANK | | 12/13/2022 | 2019970 | $145.14 | $0.00 | $145.14 | 12/22/2022 |
| 520-0 | MIDFIRST BANK | | 11/16/2022 | 2019016 | $145.14 | $0.00 | $145.14 | 12/08/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | MIDFIRST BANK | | 10/18/2022 | 2017970 | $160.34 | $0.00 | $160.34 | 10/27/2022 |
| 520-0 | MIDFIRST BANK | | 07/13/2022 | 2014833 | $142.50 | $0.00 | $142.50 | 07/25/2022 |
| 520-0 | MIDFIRST BANK | | 06/14/2022 | 2013872 | $138.44 | $0.00 | $138.44 | 06/27/2022 |
| 520-0 | MIDFIRST BANK | | 05/17/2022 | 2012830 | $291.59 | $0.00 | $291.59 | 05/26/2022 |
| 520-0 | MIDFIRST BANK | | 04/12/2022 | 2011758 | $138.44 | $0.00 | $138.44 | 04/25/2022 |
| 520-0 | MIDFIRST BANK | | 03/16/2022 | 2010741 | $138.44 | $0.00 | $138.44 | 03/24/2022 |
| 520-0 | MIDFIRST BANK | | 02/16/2022 | 2009763 | $138.44 | $0.00 | $138.44 | 03/02/2022 |
| 520-0 | MIDFIRST BANK | | 01/19/2022 | 2008777 | $75.78 | $0.00 | $75.78 | 02/01/2022 |
| 520-0 | MIDFIRST BANK | | 12/15/2021 | 2007773 | $138.44 | $0.00 | $138.44 | 12/23/2021 |
| 520-0 | MIDFIRST BANK | | 11/16/2021 | 2006748 | $138.44 | $0.00 | $138.44 | 11/24/2021 |
| 520-0 | MIDFIRST BANK | | 10/14/2021 | 2005715 | $135.20 | $0.00 | $135.20 | 10/20/2021 |
| 520-0 | MIDFIRST BANK | | 08/18/2021 | 2003662 | $269.42 | $0.00 | $269.42 | 09/01/2021 |
| 520-0 | MIDFIRST BANK | | 07/14/2021 | 2002598 | $308.51 | $0.00 | $308.51 | 07/30/2021 |
| 520-0 | MIDFIRST BANK | | 02/17/2021 | 1227202 | $232.39 | $0.00 | $232.39 | 02/25/2021 |
| 520-0 | MIDFIRST BANK | | 01/19/2021 | 1226176 | $144.70 | $0.00 | $144.70 | 02/03/2021 |
| 520-0 | MIDFIRST BANK | | 12/10/2020 | 1224389 | $55.57 | $0.00 | $55.57 | 12/31/2020 |
| 520-0 | MIDFIRST BANK | | 10/15/2020 | 1222623 | $140.84 | $0.00 | $140.84 | 10/27/2020 |
| 520-0 | MIDFIRST BANK | | 09/17/2020 | 1221600 | $98.90 | $0.00 | $98.90 | 10/05/2020 |
| 520-0 | MIDFIRST BANK | | 04/14/2020 | 1216463 | $263.67 | $0.00 | $263.67 | 05/01/2020 |
| 520-0 | MIDFIRST BANK | | 03/12/2020 | 1215179 | $204.27 | $0.00 | $204.27 | 03/27/2020 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | MIDFIRST BANK | | 02/13/2020 | 1213869 | $148.13 | $0.00 | $148.13 | 02/28/2020 |
| 520-0 | MIDFIRST BANK | | 01/16/2020 | 1212519 | $100.73 | $0.00 | $100.73 | 01/29/2020 |
| 520-0 | MIDFIRST BANK | | 12/12/2019 | 1211148 | $270.36 | $0.00 | $270.36 | 12/19/2019 |
| 520-0 | MIDFIRST BANK | | 11/07/2019 | 1209805 | $204.27 | $0.00 | $204.27 | 11/18/2019 |
| 520-0 | MIDFIRST BANK | | 10/10/2019 | 1208688 | $55.54 | $0.00 | $55.54 | 10/22/2019 |
| 520-0 | MIDFIRST BANK | | 09/26/2019 | 1207494 | $474.10 | $0.00 | $474.10 | 10/10/2019 |
| 520-0 | MIDFIRST BANK | | 08/07/2019 | 1206031 | $203.40 | $0.00 | $203.40 | 08/26/2019 |
| 520-0 | MIDFIRST BANK | | 07/11/2019 | 1204670 | $354.19 | $0.00 | $354.19 | 07/22/2019 |
| | | | | Sub-totals: | $7,402.20 | $0.00 | $7,402.20 | |
| | | | | Grand Total: | $7,402.20 | $0.00 | | |